

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00310-CV

Calletano "Cano" **VERA** and Pamela Vera,
Appellants

v.

**CIVRON PETROLEUM RESOURCES**, LLC,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 14-05-0332-CVA
Honorable Russell H. Wilson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is reversed and this cause is remanded for proceedings consistent with this opinion. All of the Veras' costs of appeal are assessed against Civron.

SIGNED December 14, 2016.

_____
Jason Pulliam, Justice